# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:**

**Sergio Harris**

**Debtor.**

Case No. 22-10025

Judge Carol A. Doyle

Chapter 7

## NOTICE OF FILING

**To:** Patrick Layng, U.S. Trustee*
Desirae N. Bedford, attorney for debtor *
David P Leibowitz, Chapter 7 Trustee*

**Please take notice that** on November 9, 2022, the following was filed with the Clerk of the United States Bankruptcy Court: Notice of Removal of *Annette Harris v. Sergio Harris,* 2022 CH 07147.

／s/ James A. Brady
James A. Brady

James A. Brady
Attorney for Debtor
ARDC ID# 0606623
Legal Aid Chicago
120 S. LaSalle St, Suite 900
Chicago, IL 60603
Phone: 312/347-8361
jbrady@legalaidchicago.org

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this, the 9th day of November, 2022, served a copy of the foregoing Notice and Response to the above parties, and that the persons indicated by an asterisk (*), are registrants with the Court's CM/ECF system, and have, pursuant to Fed. R. Bankr. P. 7005 and 9036, and §II.B.4 of the Court's Administrative Procedures waived the right to receive notice by first class mail and consented to receive notice electronically, and waived the right to service by personal service or first class mail and consented to receive electronic service.

／s/ James A. Brady
James A. Brady

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Sergio Harris,<br><br>    Debtor.<br><br>Annette Harris<br><br>v.<br><br>Sergio Harris | Case No.   22-10025<br><br>Judge Carol Doyle<br>Chapter 7<br><br><br><br>2022 CH 07147 |

## NOTICE OF REMOVAL

Now comes Annette Harris, by counsel, Legal Aid Chicago, hereby gives notice of removal of the matter known as *Annette Harris v. Sergio Harris,* 2022 CH 07147 on the following grounds:

1. On September 1, 2022, Sergio Harris, filed a petition for relief in this Court under chapter 7 of the Bankruptcy Code. In his chapter 7 pleadings, Sergio Harris listed the property commonly known as 4807 Sunset Lane, Country Club Hills, Illinois 60478 ("the Home") as an asset. Sergio Harris proposes to surrender the Home.

2. Annette Harris is Sergio Harris's mother.

3. On July 22, 2022, Movant, Annette Harris, filed a Complaint for Quiet Title against Sergio Harris, in the Circuit Court of Cook County, entitled *Annette Harris v. Sergio Harris,* 2022 CH 07147. (A copy of the complaint is attached as Exhibit A.)

4. As alleged in her Complaint, Annette Harris is the rightful owner of the Home that is the main asset in this chapter 7 proceeding, commonly known as 4807 Sunset Lane, Country Club Hills, Illinois 60478, and legally described as follows:

LOT 66 IN CHERRY HILL RANCHETTES, UNIT 2, BEING A SUBDIVISION OF THE SOUTH 30 ACRES OF THE NORTHEAST ¼ OF THE NORTHEAST ¼ AND THE NORTH 10 ACRES OF THE SOUTHEAST ¼ OF THE NORTHEAST ¼ OF SECTION 23, TOWNSHIP 36 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

PIN 28-33-211-005-0000.

5. Specifically, Ms. Harris alleges the following facts in support of her claim:

   a. In November 2017, the Home was purchased;

   b. The purchase of the Home was done solely in the name of Sergio Harris;

   c. The purchase of the Home was done solely in the name of Sergio Harris at the direction of the broker/lender who provided the financing for the purchase of the Home because Annette Harris's sole source of income (foster care payments) could not be counted towards the lender's financing requirements;

   d. Sergio Harris agreed to help his mother, Annette Harris, by having his name used to purchase the Home;

   e. Annette Harris paid all costs of the purchase of the Home including inspection fees, a deposit of $2,000, and a down payment of $5,400 (which included attorney's fees and title charges);

   f. Annette Harris paid all monthly mortgage payments since the date of the purchase of the Home;

    g. Annette Harris paid all costs of repair and upkeep to the Home since the purchase of the Home including but not limited to $5,233 for a new furnace and $2,426 to repair the Home's roof;

    h. Sergio Harris has not paid any costs associated with the Home.

    i. Annette Harris has remained in possession of the Home and occupied it as her residence since the purchase of the Home;

    j. Sergio Harris was never in possession of the Home nor has he ever lived in the Home;

    k. Annette Harris and Sergio Harris intended for Annette Harris to be the sole owner and occupier of the Home;

    l. Because of the foregoing, a resulting trust arose by operation of law by which Sergio Harris held title for Annette Harris.

    m. Annette Harris is the true owner of the Home.

6. Prior to the filing of this chapter 7 bankruptcy, Sergio Harris filed a forcible entry and detainer action in the circuit court of Cook County against Annette Harris seeking possession of the Home. That case is titled: *Harris v. Harris,* 2022 M1 706649.

7. On August 31, 2022, the circuit court of Cook County consolidated the forcible entry and detainer action into Annette Harris's quiet title action.

8. Ms. Harris has a right to remove the above-described state court action because it is a civil action over which this Court has jurisdiction and which is removable under 28 U.S.C. § 1409 and Federal Rule of Bankruptcy Procedure 9027. The removed action

would be a core proceeding in the Bankruptcy Court. Upon removal of the action, Annette Harris consents to entry of final orders or judgment by the Bankruptcy Court.

9. A copy of all process and pleadings in the state court action is attached hereto.

WHEREFORE, Ms. Harris prays that the case of *Annette Harris v. Sergio Harris,* 2022 CH 07147 be removed to Sergio Harris's chapter 7 matter currently before this Court.

Respectfully submitted,

*/s James A. Brady*

James A. Brady
Attorney for Annette Harris
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL 60603
312-347-8361
jbrady@legalaidchicago.org
ARDC# 6206623